# The Judge of Probate *versus* E. Lane.

In stating a breach of the condition of a probate bond, in not returning an inventory, it is necessary to state that some property of the deceased came to the hands of the executor or administrator.

Debt upon a probate bond. The defendant craved oyer of the bond and the condition, and then pleaded performance of the condition. To this the plaintiff replied, and assigned as a breach of the condition of the bond, that the executrix, by whom the bond was given, had not caused an inventory and appraisal of the goods and estate of the testator, to be duly made and returned to the court of probate. To this replication there was a general demurrer, and joinder in demurrer.

*Upham,* for the plaintiff.

*Stevens,* for the defendant.

*By the court.* The replication must be adjudged insufficient. There is no allegation that there was any property to be inventoried, and this omission is a fatal objection to the replication. 1 Pick. 20, *Walker* v. *Hall.*

*Judgment for the defendant.*